THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR98-091JLR |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION TO |
| v. | ) | REDUCE SENTENCE TO |
| | ) | TIME SERVED PURSUANT TO |
| MELVIN HODGES, | ) | 18 U.S.C. § 3582(c)(1)(A) |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, Melvin Hodges, and the United States, filed a stipulated motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has considered the requisite analysis under that statute and the factors listed in 18 U.S.C. § 3553(a) to the extent they are applicable, and the respective arguments of counsel and the record. The Court finds that it has the authority and discretion to grant relief pursuant to § 3582(c)(1)(A) and finds that "extraordinary and compelling" reasons justifying a reduction of Mr. Hodges's sentence.

IT IS THEREFORE ORDERED that the term of imprisonment imposed is hereby reduced to the Mr. Hodges has already served. He shall be released from the custody of the Bureau of Prisons:

[ X ] Immediately, but no later than 24 hours of the entry of this order. Upon his release, and as a condition of his supervised release, Mr. Hodges is ordered to complete 14 days in self-quarantine at a hotel prior to moving to his approved address.

(PROPOSED) ORDER GRANTING STIPULATED
MOTION FOR COMPASSIONATE RELEASE
(*United States v. Melvin Hodges*, CR98-091JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    [    ] ~~Following a BOP determination of whether quarantine in BOP custody is~~
2    ~~necessary or advisable before Mr. Hodges is released to the community. If the BOP~~
3    ~~determines an in-custody quarantine is necessary, Mr. Hodges may be held in the BOP~~
4    ~~for up to an additional 14 days beyond the date of this order, solely for the purpose of~~
5    ~~quarantine~~.

6    IT IS FURTHER ORDERED that upon release, Mr. Hodges shall begin serving
7    the term of supervised release previously imposed by the Court. He shall contact the
8    United States Probation Office in Seattle and/or the Northern District of California
9    within 24 hours of his release and follow its instructions.

10    IT IS SO ORDERED.

11    DONE this 20th day of April 2020.

12
13    _____
14    JAMES L. ROBART
       UNITED STATES DISTRICT JUDGE
15
16    Presented by:

17    s/ *Vanessa Pai-Thompson*
18    Attorney for Melvin Hodges

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED
MOTION FOR COMPASSIONATE RELEASE
(*United States v. Melvin Hodges*, CR98-091JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**